■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN RODRIGUEZ, Appellant. [733 NYS2d 864] —Judgment,

Supreme Court, New York County (Laura Visitacion-Lewis, J.), rendered April 14, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The court erred in refusing the jury's request for a readback of defense counsel's summation (*People v Velasco*, 77 NY2d 469, 474). However, upon review of the record, we find that defendant was not seriously prejudiced by the court's response to the jury's request (*see, People v Lourido*, 70 NY2d 428, 435).

Defendant knowingly and intelligently waived his right to be present during a readback of testimony (*see, People v Parker*, 57 NY2d 136). The record establishes that defense counsel spoke to defendant, who then agreed to waive his right to be present. Concur—Sullivan, P. J., Nardelli, Andrias, Rubin and Saxe, JJ.